RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702)388-6261

Attorney for:
MATIAS PEREZ-SANVICENTE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATIAS PEREZ-SANVICENTE,<br><br>Defendant. | Case No.:2:12-MJ-220-PAL<br><br>**STIPULATION TO CONTINUE<br>BENCH TRIAL**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for MATIAS PEREZ-SANVICENTE, that the bench trial currently scheduled on Wednesday, December 19, 2012 at 8:45 a.m., be vacated and be continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    The defendant is not in custody and does not oppose the continuance.

    2.    The defendant recently injured his foot, which resulted in a third degree left foot ulcer.

    3.    The parties have reached a proposed agreement that they plan to present to the court at the next scheduled hearing date.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

DATED   December 14, 2012

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States of Attorney |
| By:/s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By: /s/ Nadia Janjua Ahmed<br>NADIA JANJUA AHMED<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATIAS PEREZ-SANVICENTE,<br><br>Defendant. | 2:12-MJ-220-PAL<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is not in custody and does not oppose the continuance.

2. The defendant recently injured his foot, which resulted in a third degree left foot ulcer.

3. The parties have reached a proposed agreement that they plan to present to the court at the next scheduled hearing date.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

1   The continuance sought herein is excludable under the Speedy Trial Act, title 18, United
2   States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(**7**)(A),
3   when the considering the facts under Title 18, United States Code, §§ 316(h)(**7**)(B) and
4   3161(h)(**7**)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, December 19, 2012 at 8:45 a.m., be vacated and continued to Wednesday, February 20, 2013 at the hour of 8:45 a.m.;

DATED this 39yj day of """F gego dgt . 20120

UNITED STATES MAGISTRATE JUDGE

4